NUMBER
13-10-00416-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

JASON NORTON,                                                                         Appellant,

 

                                                             v.

 

ALICIA NORTON,                                                                            Appellee.


 ____________________________________________________________

 

                          On
appeal from the County Court at Law

                                        of
Coryell County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

     Before Chief
Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

                                                                  








The
appellant's brief in the above cause was originally due on September 27, 2010. 
Appellant has previously requested and received four prior extensions of time
to file the brief.  On June 9, 2011, this Court ordered the appellate brief to
be filed on or before June 30, 2011.  The order notified counsel that no
further extensions would be granted and that if the brief was not filed, the
appeal was subject to dismissal for want of prosecution under Texas Rule of
Appellate Procedure 38.8(a)(1), unless appellant reasonably explained the
failure and the appellee was not significantly injured by the appellant's
failure to timely file a brief.  

To
date no response has been received from appellant and the brief has not been
filed.  Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.  See
Tex. R. App. P. 38.8(a), 42.3(b)(c). 


                                                                                    PER
CURIAM

 

Delivered and filed the

21st day of July, 2011.